JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FRANK EISENBAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARGUARDIAN WARRANTY LLC, d/b/a CARGUARDIAN, a California limited liability company,<br><br>Defendants. | Case No. 8:17−cv−0857 AG (DFMx)<br><br>[Hon. Andrew J. Guilford Presiding]<br><br>Class Action<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br><br>Complaint Filed:   May 16, 2017 |

The Court, having considered the Stipulation for Dismissal (the "Stipulation"), and good cause appearing thereof, ORDERS AS FOLLOWS:

1. The Stipulation is GRANTED.

2. The above-entitled action is hereby dismissed with prejudice as to Plaintiff Frank Eisenband ("Plaintiff"), in his individual capacity against CarGuardian Warranty LLC d/b/a CarGuardian ("Defendant").

3. The above-entitled action is hereby dismissed without prejudice as to all class claims alleged against Defendant.

4. Each party shall bear their own attorney's fees, costs and expenses.

5. The Court will retain jurisdiction to enforce an agreement between the Parties.

SO APPROVED.

DATED: April 10, 2018 _____

By: _____
HON. ANDREW J. GUILFORD
United States District Judge